IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETTY SUDLER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| RECOVERY CENTERS OF AMERICA HOLDINGS, LLC, ET AL. | : | NO. 21-CV-2531 |

**PRELIMINARY PRETRIAL CONFERENCE NOTICE**

**AND NOW**, this 22nd day of September, 2021, please take note that a

PRELIMINARY PRETRIAL CONFERENCE

in the above-captioned case will be held on **October 13, 2021 at 3:00 p.m**. before the Honorable John R. Padova. This conference will be held

☐ in chambers, Room 17613
☒ by telephone*

*Dial-In instructions will be provided by chambers.

Counsel attending the conference shall be familiar with this Court's Internal Operating Procedures, which are enclosed, and shall pay particular attention to Section III, which concerns Pretrial Procedure.

If trial counsel will be on trial in a court of record at the time of the conference, the Judge and opposing counsel should be advised of this in writing at the earliest possible date. Another attorney in trial counsel's office shall appear at the conference and shall be as familiar as is feasible with the case, have authority from the client, and have an evaluation of the case for settlement purposes.

Failure to comply with this directive may result in the imposition of sanctions. The conference will be continued to another date only under exceptional circumstances.

ATTEST:


BY:      /s/ Malissa Wolenski
         Malissa Wolenski
         Deputy Clerk